# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| BRADLEY PAUL WILLIAMS, | ) |
|               PLAINTIFF | ) |
| v. | )   CIVIL NO. 1:16-CV-211-DBH |
| WALDO COUNTY MAINE DEPUTY MERL REED AND BELFAST MAINE POLICE CHIEF MIKE McFADDEN, | ) |
|               DEFENDANTS | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On November 8, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Plaintiff's Motion for Preliminary Injunction. The time within which to file objections expired on November 25, 2016, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion for a preliminary injunction is **DENIED**.

**SO ORDERED.**

**DATED THIS 2ND DAY OF DECEMBER, 2016**

                                              /S/D. BROCK HORNBY
                                              **D. BROCK HORNBY**
                                              **UNITED STATES DISTRICT JUDGE**