UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| BRADLEY PAUL WILLIAMS, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:16-CV-211-DBH |
| | ) | |
| WALDO COUNTY MAINE DEPUTY | ) | |
| MERL REED AND BELFAST MAINE | ) | |
| POLICE CHIEF MIKE McFADDEN, | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On April 4, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Plaintiff's Motion to Enjoin. The plaintiff filed an objection to the Recommended Decision on April 18, 2017. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion to enjoin is **DENIED**.

**SO ORDERED.**

**DATED THIS 2ND DAY OF MAY, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**