UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| BRADLEY PAUL WILLIAMS, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:16-CV-211-DBH |
| | ) | |
| WALDO COUNTY MAINE DEPUTY | ) | |
| MERL REED AND BELFAST MAINE | ) | |
| POLICE CHIEF MIKE McFADDEN, | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER ON MOTION TO STAY

The motion to stay proceedings is **GRANTED** for medical reasons and no other reason. Accordingly, further proceedings are **STAYED** until July 20, 2017, to accommodate his cataract surgery, as the plaintiff requests. However, that stay does not apply to motions or appeals where the allotted time has already expired. In this case, the time for appealing any of Magistrate Judge Nivison's rulings has already run. Therefore, the plaintiff's appeals from any such rulings are **OVERRULED**.

**SO ORDERED.**

**DATED THIS 25TH DAY OF MAY, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**