UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| BRADLEY PAUL WILLIAMS, ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> WALDO COUNTY MAINE DEPUTY ) <br> MERL REED AND BELFAST MAINE ) <br> POLICE CHIEF MIKE McFADDEN, ) <br> ) <br> DEFENDANTS ) | CIVIL NO. 1:16-CV-211-DBH |

ORDER ON SUPPLEMENTAL MOTION
FOR SUMMARY JUDGMENT

The Waldo County defendants have filed a supplemental motion for summary judgment, seeking summary judgment on any state law claims against them. On July 26, 2017, I granted them summary judgment on all federal claims. Dec. & Order on Defs.' Mot. for Summ. J. (ECF No. 70). The date has passed for a response and the plaintiff has filed none. Under Local Rule 56(f), the defendants' statement of material facts, if properly supported by record citations, is deemed admitted. See also Fed. R. Civ. P. 56(e)(2) & (3). As a result, the record establishes that the plaintiff failed to file a notice of claim as required by the Maine Tort Claims Act, 14 M.R.S.A. § 8107(1). According to Maine law, therefore, he cannot pursue his state law claims against these defendants. 14 M.R.S.A. § 8107(4). I find it unnecessary to address the defendants' other arguments for summary judgment.

The defendants' motion for summary judgment on the state law claims is **GRANTED**.

**SO ORDERED.**

**DATED THIS 31ST DAY OF AUGUST, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**